

# NUMBER 13-19-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.D.L.R., C.D.L.R., E.M., CHILDREN

## On Appellant's Second Motion for Extension of Time to File Brief.

# ORDER

## Before Chief Justice Contreras and Justices Longoria and Perkes
## Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellant's brief was initially due to be filed on February 27, 2019. *See* TEX. R. APP. P. 38.6(a). Appellant's court-appointed counsel filed a motion to extend time to file brief; we granted the motion and extended the deadline to March 29, 2019. Appellant's counsel has now filed a unopposed second motion for extension of time seeking twenty additional days to file the brief. As a reason for the extension, counsel represents that she has "a heavy work docket for a solo practitioner."

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, the Court does not favor extensions of time to file a brief in such cases.

This Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice and given the circumstances, appellant's unopposed second motion for extension of time to file brief should be GRANTED IN PART and DENIED IN PART. Counsel is ORDERED to file appellant's brief on or before the expiration of the business day on Monday, April 8, 2019.

Further motions for extension of time by appellant's counsel will not be entertained. The failure to file the brief timely in accordance with this order will result in abatement of the appeal for the appointment of new counsel.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant's counsel, the Honorable Sandra Eastwood, by email and by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
1st day of April, 2019.